IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                    CASE NO.: 1:05cr40-SPM

YAIMA GONZALEZ,

    Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 567) dated October 27, 2011. Defendant has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 567) is ADOPTED and incorporated by reference in this order.

2. The motion to vacate (doc. 525) is denied. No certificate of appealability will be issued because Defendant has failed to make a substantial

showing of the denial of a constitutional right,

DONE AND ORDERED this 29th day of December, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:05cr40-SPM